UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MOORE,

    Plaintiff,

                                                            Case Number: 2:08-CV-15132

v.

                                                            PAUL D. BORMAN

OAKLAND COUNTY BAR                 UNITED STATES DISTRICT JUDGE
ASSOCIATION, et al.,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR REHEARING AND RECONSIDERATION**

Before the Court is Plaintiff John Moore's Motion for Rehearing and Reconsideration of the Court's January 30, 2009 Order of Dismissal.

Eastern District of Michigan Local Rule 7.1(g) provides the standards for a motion for reconsideration, and states:

> [T]he court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest, or plain. *Mktg. Displays, Inc. v. Traffix Devices, Inc.*, 971 F. Supp. 262, 278 (E.D. Mich. 1997).

The Court's January 30, 2008 Order of Dismissal clearly provided that due to Plaintiff's failure to abide by the Court's December 17, 2008 Order, which directed Plaintiff to show cause as to why his Complaint should not be dismissed for failure to pay the filing fee or submit an application to proceed in forma pauperis, the Court was dismissing Plaintiff's Complaint.

1

Plaintiff's Motion for Rehearing and Reconsideration does not provide any reasons why Plaintiff did not pay the required filing fee or submit an application to proceed in forma pauperis in this case (case number 08-cv-15132) or why this Court's Order of Dismissal was in error.

Therefore, the Court **DENIES** Plaintiff's Motion for Reconsideration. (Dkt. No. 8).

**SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: April 17, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 17, 2009.

                                                s/Denise Goodine
                                                Case Manager